**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

UNITED STATES of AMERICA,

v.                                    Case No. 3:14-cr-12 (JRS)

ROBERT F. MCDONNELL
MAUREEN G. MCDONNELL

**MAUREEN G. MCDONNELL'S MOTION #6**
**MOTION FOR BILL OF PARTICULARS**

Maureen G. McDonnell, through undersigned counsel, respectfully moves the Court for an order directing the Government to file a Bill of Particulars, pursuant to Federal Rule of Criminal Procedure 7(f). The grounds for this Motion are set forth in the memorandum accompanying the identically styled motion of Robert F. McDonnell, Dkt. Nos. 79 & 80. Mrs. McDonnell hereby adopts that Motion pursuant to Local Criminal Rule 12(B).

The Indictment fails to provide sufficient information for the defendants to effectively prepare their defense and avoid unfair surprise with respect to the substance and extent of the official acts that the defendants allegedly performed or promised to perform in exchange for gifts or loans. Further, the Indictment fails to provide sufficient information for defendants to effectively prepare their defense and avoid unfair surprise with respect to the participants in the alleged conspiracy. Accordingly, Mrs. McDonnell respectfully requests a Bill of Particulars as set forth in Mr. McDonnell's motion and memorandum.

1

In addition to the particulars sought by Mr. McDonnell's motion, Mrs. McDonnell also asks the Court to order the Government to specify any official acts that *Maureen G. McDonnell* allegedly performed or promised to perform in exchange for gifts or loans.

Dated:  March 5, 2014                                         Respectfully submitted,

By:        /s/ *Heather H. Martin*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
William A. Burck (*pro hac vice*)
Stephen M. Hauss (*pro hac vice*)
Heather H. Martin (VSB No. 65694)
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
williamburck@quinnemanuel.com
stephenhauss@quinnemanuel.com
heathermartin@quinnemanuel.com

*Attorneys for Maureen G. McDonnell*

## **CERTIFICATE OF SERVICE**

I, Heather H. Martin, am a member of the Bar of this Court. I hereby certify that I caused the foregoing Motion to be filed with the Court's CM/ECF system this 5th day of March, 2014, thereby causing it to be served on all registered users.

/s/ *Heather H. Martin*
Heather H. Martin (VSB # 65694)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
777 6th Street NW, Suite 1100
Washington, D.C. 20001
(202) 538-8000
(202) 538-8100 (fax)
heathermartin@quinnemanuel.com
