IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:14cr12-JRS |
| | ) |
| ROBERT F. MCDONNELL and | ) |
| MAUREEN G. MCDONNELL, | ) |
| Defendants. | ) |

## VERDICT

### Count One
(Conspiracy to Commit Honest-Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

_____*Guilty*_____ as charged in Count One of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

_____*Guilty*_____ as charged in Count One of the Indictment.
(Guilty or Not Guilty)

### Count Two
(Honest-Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

_____*Guilty*_____ as charged in Count Two of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

_____*Guilty*_____ as charged in Count Two of the Indictment.
(Guilty or Not Guilty)

### Count Three
(Honest-Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

___Guilty___ as charged in Count Three of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

___Guilty___ as charged in Count Three of the Indictment.
(Guilty or Not Guilty)

### Count Four
(Honest-Services Wire Fraud)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

___Guilty___ as charged in Count Four of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

___Not Guilty___ as charged in Count Four of the Indictment.
(Guilty or Not Guilty)

### Count Five
(Conspiracy to Obtain Property under Color of Official Right)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

___Guilty___ as charged in Count Five of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

___Guilty___ as charged in Count Five of the Indictment.
(Guilty or Not Guilty)

### Count Six
(Obtaining Property under Color of Official Right)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

_____Guilty_____ as charged in Count Six of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

_____Guilty_____ as charged in Count Six of the Indictment.
(Guilty or Not Guilty)

### Count Seven
(Obtaining Property under Color of Official Right)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

_____Guilty_____ as charged in Count Seven of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

_____Guilty_____ as charged in Count Seven of the Indictment.
(Guilty or Not Guilty)

### Count Eight
(Obtaining Property under Color of Official Right)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

_____Guilty_____ as charged in Count Eight of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

_____Guilty_____ as charged in Count Eight of the Indictment.
(Guilty or Not Guilty)

### Count Nine
(Obtaining Property under Color of Official Right)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

_____Guilty_____ as charged in Count Nine of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

_____Not Guilty_____ as charged in Count Nine of the Indictment.
(Guilty or Not Guilty)

### Count Ten
(Obtaining Property under Color of Official Right)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

_____Guilty_____ as charged in Count Ten of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

_____Guilty_____ as charged in Count Ten of the Indictment.
(Guilty or Not Guilty)

### Count Eleven
(Obtaining Property under Color of Official Right)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

_____Guilty_____ as charged in Count Eleven of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

_____Not Guilty_____ as charged in Count Eleven of the Indictment.
(Guilty or Not Guilty)

### Count Twelve
(False Statement)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

___Not Guilty___ as charged in Count Twelve of the Indictment.
(Guilty or Not Guilty)

### Count Thirteen
(False Statement)

We, the jury, unanimously find the defendant, ROBERT F. MCDONNELL,

___Not Guilty___ as charged in Count Thirteen of the Indictment.
(Guilty or Not Guilty)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

___Not Guilty___ as charged in Count Thirteen of the Indictment.
(Guilty or Not Guilty)

### Count Fourteen
(Obstruction of Official Proceeding)

We, the jury, unanimously find the defendant, MAUREEN G. MCDONNELL,

___Guilty___ as charged in Count Fourteen of the Indictment.
(Guilty or Not Guilty)

So Say We All, this __4TH__ day of __SEPT__, 2014.

